MYRTLE M. THOMPSON, Appellant, *v.* GIMBEL BROTHERS, Respondent.

*Thompson* v. *Gimbel Brothers*, 145 App. Div. 436, affirmed.
(Argued December 9, 1912; decided December 31, 1912.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 2, 1911, which affirmed a determination of the Appellate Term affirming a judgment of the Municipal Court of the city of New York in favor of the defendant in an action to recover wages assigned to plaintiff by defendant's employees to secure payment of their notes.

*Frederick H. Cunningham* for appellant.

*Walter S. Heilborn* and *David J. Gallert* for respondent.

Judgment affirmed, with costs, on opinion in the case of *Thompson* v. *Erie R. R. Co.* (207 N. Y. 171).

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.